| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| INFORMATION ASSOCIATED WITH THE ) | |
| SOCIAL MEDIA ACCOUNT shadesters THAT) | |
| IS STORED AT PREMISES OWNED, ) | |
| MAINTAINED, CONTROLLED, OR ) | CASE NO. 22-mj-4051 |
| OPERATED BY Medialab.ai.Inc. ) | JUDGE NEWBERN |

## ORDER TO UNSEAL SEARCH WARRANT

This Court is in receipt of a Motion by the United States requesting the Search Warrant be unsealed.

For the cause stated in the Government's Motion, the Motion is GRANTED.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
UNITED STATES MAGISTRATE JUDGE